# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY BARLOW and DALIA R. SMITH,<br><br>                                    Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF SAN DIEGO; MICHAEL<br>RODDY, individually and in his official<br>capacity as the Executive Officer of the<br>Superior Court of California, County of<br>San Diego; and DOES 1 through 20,<br>inclusive,<br><br>                                    Defendants. | CASE NO. 07cv1926-LAB (LSP)<br><br>**ORDER GRANTING JOINT<br>MOTION FOR EXTENSION OF<br>TIME TO RESPOND TO FIRST<br>AMENDED COMPLAINT**<br><br>[Dkt No. 9] |

On October 30, 2007, the parties jointly moved for a twenty-one (21) day extension of time, to November 20, 2007, for defendants to respond to the Complaint filed in this 42 U.S.C. § 1983 action.  The parties recite no good cause for the request.  *See* Civ. L.R. 12.1. On November 6, 2007, plaintiffs filed a First Amended Complaint.  Accordingly, the Joint Motion is **DENIED** as to the Complaint.  However, in consideration of the FED.R.CIV.P. 15(a) time restrictions following the filing of an amended pleading, the court sets a deadline of ***November 20, 2007*** for the filing of defendants' responsive pleading to the First Amended Complaint.

**IT IS SO ORDERED**.

DATED:  November 7, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**

07cv1926